BRUCE A. KILDAY, ESQ., SBN 66415
  Email: bkilday@akk-law.com
DERICK E. KONZ, ESQ., SBN 286902
  Email: dkonz@akk-law.com
J. SCOTT SMITH, ESQ., SBN 119233
  Email: ssmith@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF REDDING, CHRISTOPHER STAUP, EDWARD McGINNIS and KYLE CORRIGAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CINDY ADAMS as Personal Representative to the Estate of JESSE ADAMS, and individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, et al.,<br><br>Defendants. | Case No.: 2:20-cv-01610-TLN-DMC<br><br>**DEFENDANTS' OBJECTION TO PLAINTIFFS' EVIDENCE IN OPPOSITION TO DEFENDANTS CITY OF REDDING, CHRISTOPHER STAUP, EDWARD McGINNIS AND KYLE CORRIGAN'S MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:        April 4, 2024<br>TIME:        2:00 P.M.<br>DEPT:       2, 15th Floor |

Defendants hereby submit the following objections to the evidence offered by Plaintiff in opposition to Defendants Motion for Summary Judgement or Partial Summary Judgment.

**1.    The Declaration of Roger Clark, ECF 39.**

Defendants object to the entirety of the Declaration of Roger Clarks as it is not of evidentiary character as it merely states the opinions of Mr. Clark, an expert witness hired by Counsel for Plaintiff.  An expert opinion that an officer acted unreasonably is not enough to defeat

summary judgment. *Hyer v. City & Cnty. of Honolulu*, 654 F. Supp. 3d 1111, 1138 (D. Haw. 2023) (citing *City & Cnty. of S.F. v. Sheehan*, 575 U.S. 600, 616-7 (2015)). "A jury does not automatically get to second-guess these life and death decisions, even though a plaintiff has an expert and a plausible claim that the situation could better have been handled differently" *Id*. Moreover, "[i]t is well established that an expert cannot render an opinion based on facts not in evidence." *Id*. (citing *Gretzler v. Stewart*, 112 F.3d 992, 1003 (9th Cir. 1997). Because the underlying facts of this case are not in dispute, whether or not ""Defendants' use of force was unreasonable or excessive is an ultimate issue of law in this case," and therefore an expert witnesses' opinions are "in this regard are inadmissible." *Jimenez v. Sambrano*, No. 04cv1833-L(PCL), 2009 U.S. Dist. LEXIS 67060 at * 9 (S.D. Cal. July 31, 2009).

**2.     The Declaration of Marcel E. Sincich, ECF 20, Paragraph 5, Exhibit 5.**

Exhibit 5 to the declaration of Marcel Sincich is not properly authenticated.

**3.     The Declaration of Marcel E. Sincich, ECF 20, Paragraph 18.**

Exhibit 18 to the declaration of Marcel Sincich contains a number of photographs and diagrams which have not been properly authenticated and which are misleading as they conflict with the evidence in this case. For example, page 18 of Exhibit 18 is a diagram overlaying a photograph that makes it appear that at all times while Hesse Adams vehicle was driving towards the parked police vehicles, Officer Christopher Stuap was behind, and protected by, Officer Kyle Corrigan's police vehicle. However, in looking at exhibit 9 to Mr. Sincich's declaration, it can clearly be seen that Officer Staup was in front Adams' oncoming vehicle, narrowly missing being hit.

Dated:  February 26, 2024                          ANGELO, KILDAY & KILDUFF, LLP

                                                   */s/ J. Scott Smith*
                                                By:_____
                                                   J. SCOTT SMITH
                                                   Attorneys for Defendants