**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN 256535)
cameron@sehatlaw.com
Mónica Reyes-Santiago, Esq. (SBN 339807)
monica.rs@sehatlaw.com
5100 Campus Drive, Suite 200
Newport Beach, CA 92660
Tel: (949) 825-5200 | Fax: (949) 313-5001

*Attorneys for Plaintiff*, CINDY ADAMS

DERICK E. KONZ, ESQ., SBN 286902
Email: dkonz@akk-law.com
GOKALP Y. GURER, ESQ., SBN 311919
Email: ggurer@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100 | Telecopier: (916) 564-6263
Attorneys for Defendant CITY OF REDDING, CHRISTOPHER STAUP, EDWARD McGINNIS, and KYLE CORRIGAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY ADAMS, as Personal Representative to the Estate of JESSE ADAMS, and individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF REDDING, a governmental entity; KYLE CORRIGAN, individually; CHRISTOPHER STAUP, individually; EDWARD MCGINNIS, individually; and DOES 4 through 10,<br><br>Defendants. | Case No.: 2:20-cv-01610-TLN (DMC)<br><br>[*Honorable Troy L. Nunley*]<br>*Magistrate Judge Dennis M. Cota*<br><br>**JOINT NOTICE OF TRIAL READINESS** |

Pursuant to this Court's Initial Pretrial Scheduling Order (Docs. 3 and 43), the Parties submit the following Joint Notice of Trial Readiness:

**1.  THE PARTIES AND CLAIMS:**

<u>Plaintiff</u>: CINDY ADAMS

<u>Defendants</u>: CITY OF REDDING; CHRISTOPHER STAUP; KYLE CORRIGAN; and EDWARD MCGINNIS

<u>Claims For Relief</u>: (a) violation of the Fourth Amendment, Excessive Force, pursuant to 42 U.S.C. § 1983 against Defendant Officers Staup and Corrigan; (b) battery by a police officer; (c) negligence; (d) violation of the Bane Act; and (e) municipal liability for inadequate training.

**2.  APPROPRIATENESS OF SPECIAL PROCEDURES:**

The parties agree that there are no special procedures necessary at this time.

**3.  TRIAL ESTIMATE:**

The parties estimate 8-10 court days for this trial, including time necessary for jury selection and to finalize jury instructions and instruct the jury.

Plaintiff believes that it will take approximately 4 days to present Plaintiff's case, including opening statements and closing arguments.

Defendants believe it will take approximately 4-5 days to present their case.

**4.  THE TRIAL IS TO BE A JURY TRIAL:**

This trial is to be a jury trial.

**5.  AVAILABILITY FOR TRIAL:**

Plaintiff's Availability: in 2025 - early May, August, and September; in 2026 – May, June, July, and August.

Defendants' Availability: Defendants' counsel has a trial set in Sutter County Superior Court on May 13, 2025 that is expected to last 2-3 weeks; Defendants' counsel and one of the Defendants are unavailable during the first two weeks of August 2025 due to a pre-planned vacation; Defendants' counsel have a trial in the Eastern District on September 8, 2025 that is

expected to last 2-3 weeks; and a trial in the Eastern District on January 26, 2026 that is expected to last 2-3 weeks.  Defendants request a trial date in 2026 – May, June, July or August.

**6.     WILLINGNESS TO ATTEND A SETTLEMENT CONFERENCE:**

Plaintiff is willing to attend a settlement conference.

Defendants are willing to attend a settlement conference.

The parties will coordinate a date to attend in the next few months.

Respectfully submitted,
DATED: February 7, 2025            **LAW OFFICES OF DALE K. GALIPO**
                                   **THE SEHAT LAW FIRM, PLC**

                                   By:   /s/    Marcel F. Sincich
                                         Dale K. Galipo
                                         Marcel F. Sincich
                                         Cameron Sehat
                                         *Attorneys for Plaintiff*

DATED:  February 7, 2025           **ANGELO, KILDAY & KILDUFF, LLP**

                                   By:   /s/ Derick E. Konz
                                         Derick E. Konz
                                         *Attorneys for Defendants*