**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT M. FERRIER, SBN 310708
   E-Mail: Robert.Ferrier@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456
Facsimile: 925-478-3260

**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
BRUCE A. KILDAY, SBN 66415
   Email: bkilday@akk-law.com
DERICK E. KONZ, SBN 286902
   Email: dkonz@akk-law.com
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF REDDING, KYLE CORRIGAN, CHRISTOPHER STAUP, and EDWARD MCGINNIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CINDY ADAMS as Personal Representative to the Estate of JESSE ADAMS, and individually<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, a governmental entity; KYLE CORRIGAN, individually; CHRISTOPHER STAUP, individually; EDWARD MCGINNIS, individually, and DOES 4 through 10,<br><br>Defendant. | Case No. 2:20-cv-01610-TLN-DMC<br><br>**DEFENDANTS CITY OF REDDING, CITY OF REDDING, KYLE CORRIGAN, CHRISTOPHER STAUP, and EDWARD MCGINNIS'S NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Judge:   Chief District Judge Troy L. Nunley<br><br>Trial Date:          None Set |

159074601.1

Case No. 2:20-cv-01610-TLN-DMC

NOTICE OF ASSOCIATION OF COUNSEL

1  **TO THE CLERK, THIS COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS**

2  **OF RECORD HEREIN:**

3      **PLEASE TAKE NOTICE** that Bruce Kilday and Derick E. Konz, attorneys of record for Defendants CITY OF REDDING, KYLE CORRIGAN, CHRISTOPHER STAUP, and EDWARD MCGINNIS, hereby associates Robert M. Ferrier of Lewis Brisbois Bisgaard & Smith, LLP, as co-counsel for Defendants CITY OF REDDING, CITY OF REDDING, KYLE CORRIGAN, CHRISTOPHER STAUP, and EDWARD MCGINNIS in this matter.

    The name, office address, telephone number, fax number, and email address of the associated counsels is as follows:

> Robert M. Ferrier, Sb# 310708
>   E-Mail: Robert.Ferrier@lewisbrisbois.com
> LEWIS BRISBOIS BISGAARD & SMITH LLP
> 2185 North California Boulevard, Suite 300
> Walnut Creek, CA 94596
> Telephone: 925.357.3456
> Facsimile:  925-478-3260

    Attorneys Bruce Kilday and Derick E. Konz concur in the filing of this Notice of Association of Counsel.

DATED: June 24, 2025    ANGELO KILDAY & KILDUFF, LLP

By:     */s/ Derick E. Konz*
Bruce Kilday
Derick E. Konz
Attorneys for Defendants CITY OF REDDING, KYLE CORRIGAN, CHRISTOPHER STAUP, and EDWARD MCGINNIS

DATED: June 24, 2025    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:     */s/ Robert M. Ferrier*
ROBERT M. FERRIER
Attorneys for Defendants CITY OF REDDING, KYLE CORRIGAN, CHRISTOPHER STAUP, and EDWARD MCGINNIS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**CERTIFICATE OF SERVICE**

I certify that on June 24, 2025, I caused the foregoing **NOTICE OF ASSOCIATION OF COUNSEL** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filings to all parties.

DATED:  June 24, 2025                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____*/s/ Robert M. Ferrier*_____
ROBERT M. FERRIER
Attorneys for Defendants CITY OF REDDING, KYLE CORRIGAN, CHRISTOPHER STAUP, and EDWARD MCGINNIS