**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

*Attorneys for Plaintiff*, CINDY ADAMS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY ADAMS, as Personal Representative to the Estate of JESSE ADAMS, and individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, a governmental entity; KYLE CORRIGAN, individually; CHRISTOPHER STAUP, individually; EDWARD MCGINNIS, individually; and DOES 4 through 10,<br><br>Defendants. | Case No.: 2:20-cv-01610-TLN (DMC)<br><br>[*Honorable Troy L. Nunley*]<br>*Magistrate Judge Dennis M. Cota*<br><br>**NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT** |

**TO THE HONORABLE COURT:** Please take notice that pursuant to this Court's Order (Doc. 47), Plaintiff Cindy Adams has submitted her Confidential Settlement Conference Statement to Judge Riordan's chambers as directed.

Respectfully Submitted,

DATED: June 25, 2025    **LAW OFFICES OF DALE K. GALIPO**
                        **THE SEHAT LAW FIRM, PLC**

                        By: */s/    Marcel F. Sincich*
                        Dale K. Galipo, Esq.
                        Marcel F. Sincich, Esq.
                        Cameron Sehat, Esq.
                        *Attorneys for Plaintiff*