DERICK E. KONZ, ESQ., SBN 286902
   Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF REDDING, CHRISTOPHER STAUP, EDWARD MCGINNIS and KYLE CORRIGAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY ADAMS as Personal Representative to the Estate of JESSE ADAMS, and individually,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, et al.,<br><br>    Defendants. | Case No.: 2:20-cv-01610-TLN-DMC<br><br>**DEFENDANTS' NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>**DATE:**     July 2, 2025<br>**TIME:**     10:00 a.m.<br>             Via Zoom<br><br>**Magistrate Judge Sean C. Riordan** |

Defendants provide notice that they submitted a confidential settlement conference statement to Judge Sean C. Riordan on June 25, 2025.

Dated:  June 25, 2025                                   ANGELO, KILDAY & KILDUFF, LLP

                                                          */s/Derick E. Konz*
                                                    By:_____
                                                          DERICK E. KONZ
                                                          Attorneys for Defendants CITY OF
                                                          REDDING, CHRISTOPHER STAUP,
                                                          EDWARD MCGINNIS and KYLE
                                                          CORRIGAN

---

-1-
DEFENDANTS' NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT