**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN 256535)
cameron@sehatlaw.com
5100 Campus Drive, Suite 200
Newport Beach, CA 92660
Tel: (949) 825-5200 | Fax: (949) 313-5001

*Attorneys for Plaintiff*, CINDY ADAMS

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT M. FERRIER, SBN 310708
E-Mail: Robert.Ferrier@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456 | Facsimile: 925-478-3260

**ANGELO, KILDAY & KILDUFF, LLP**
BRUCE A. KILDAY, SBN 66415
Email: bkilday@akk-law.com
DERICK E. KONZ, SBN 286902
Email: dkonz@akk-law.com
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100 | Telecopier: (916) 564-6263

Attorneys for Defendant CITY OF REDDING, CHRISTOPHER STAUP, EDWARD McGINNIS, and KYLE CORRIGAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY ADAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF REDDING, et al,<br><br>    Defendants. | Case No.: 2:20-cv-01610-TLN (DMC)<br><br>[*Honorable Troy L. Nunley*]<br>*Magistrate Judge Dennis M. Cota*<br><br>**JOINT NOTICE OF TRIAL READINESS** |

-1-

Pursuant to this Court's Initial Pretrial Scheduling Order (Docs. 3 and 43), the Parties submit the following Joint Notice of Trial Readiness:

**1.    THE PARTIES AND CLAIMS:**

<u>Plaintiff</u>:        CINDY ADAMS

<u>Defendants</u>:    CITY OF REDDING; CHRISTOPHER STAUP; KYLE CORRIGAN; and EDWARD MCGINNIS

<u>Claims For Relief</u>: (a) Violation of the Fourth Amendment, Excessive Force, pursuant to 42 U.S.C. § 1983 against Defendant Officers Staup and Corrigan; (b) Battery by a police officer; (c) Negligence; (d) Violation of the Bane Act; and (e) Municipal liability for inadequate training.

**2.    APPROPRIATENESS OF SPECIAL PROCEDURES:**

The parties agree that there are no special procedures necessary at this time.

**3.    TRIAL ESTIMATE:**

The parties estimate 7-10 court days for this trial, including time necessary for jury selection and to finalize jury instructions and instruct the jury.

Plaintiff believes that it will take approximately 4 days to present Plaintiff's case.

Defendants believe it will take approximately 4-5 days to present their case.

**4.    THE TRIAL IS TO BE A JURY TRIAL:**

This trial is to be a jury trial.

**5.    AVAILABILITY FOR TRIAL:**

<u>Plaintiff's Availability</u>: June 9, 2026; June 16, 2026; June 23, 2026; September 8, 2026; September 15, 2026; September 22, 2026; September 29, 2026; November 10, 2026; November 17, 2026; December 15, 2026.

<u>Defendants' Availability</u>:
June 16, 2026; June 23, 2026; September 8, 2026; September 15, 2026; November 10, 2026; November 17, 2026; December 15, 2026.

/ / /

6. **WILLINGNESS TO ATTEND A SETTLEMENT CONFERENCE:**

    The parties attended a Second Settlement Conference with the Honorable Magistrate Judge Riordan and were unable to reach an agreement.

Respectfully submitted,

DATED: September 8, 2025    **LAW OFFICES OF DALE K. GALIPO**
    **THE SEHAT LAW FIRM, PLC**

    By:    /s/    *Marcel F. Sincich*
    Dale K. Galipo
    Marcel F. Sincich
    Cameron Sehat
    *Attorneys for Plaintiff*

DATED:  September 8, 2025    **LEWIS BRISBOIS BISGAARD & SMITH**
    **ANGELO, KILDAY & KILDUFF, LLP**

    By:  */s/ Robert M. Ferrier*
    Robert M. Ferrier
    Derick E. Konz
    *Attorneys for Defendants*