**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN 256535)
cameron@sehatlaw.com
Mónica Reyes-Santiago, Esq. (SBN 339807)
monica.rs@sehatlaw.com
5100 Campus Drive, Suite 200
Newport Beach, CA 92660
Tel: (949) 825-5200 | Fax: (949) 313-5001

*Attorneys for Plaintiff*, CINDY ADAMS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY ADAMS, as Personal Representative to the Estate of JESSE ADAMS, and individually, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF REDDING, a governmental entity; KYLE CORRIGAN, individually; CHRISTOPHER STAUP, individually; EDWARD MCGINNIS, individually; and DOES 4 through 10, <br><br> Defendants. | Case No.: 2:20-cv-01610-TLN (DMC) <br><br> [*Honorable Troy L. Nunley*] <br> *Magistrate Judge Dennis M. Cota* <br><br> **REQUEST TO APPEAR REMOTELY AT THE JULY 9, 2026 FINAL PRETRIAL CONFERENCE** <br><br> **FINAL PRETRIAL CONFERENCE** <br> Date:  July 9, 2026 <br> Time: 2:00pm |

- 1 -
REQUEST TO APPEAR REMOTELY

**TO THE ABOVE – ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Lead trial counsel for Plaintiff, Mr. Dale K. Galipo, hereby respectfully requests to be allowed to appear by Zoom or telephonically (or other remote web conference platform) at the Final Pretrial Conference scheduled for July 9, 2026, at 2:00 p.m.

Good cause exists as lead trial counsel is based in Los Angeles, California. Requiring counsel to travel to the Eastern District for the Final Pretrial Conference would impose an undue hardship by necessitating air travel and the attendant travel-related expenses.

In addition, lead trial counsel is currently scheduled to take depositions on July 8, 2026, the day before the Final Pretrial Conference, and July 10, 2026, the day after the conference. These existing professional commitments make counsel's travel schedule exceptionally compressed and would create logistical difficulties if an in-person appearance would be required.

Counsel respectfully submits that permitting a remote appearance will not prejudice any party, will allow counsel to fully participate in the Final Pretrial Conference, and will promote the efficient use of the parties' and the Court's resources while avoiding unnecessary travel and expense.

For these reasons, Plaintiff respectfully requests that the Court permits its lead trial counsel to appear remotely at the Final Pretrial Conference on July 9, 2026. However, in the event the Court finds that Lead Trial Counsel's in-person appearance is necessary, counsel will appear personally in accordance with the Court's direction.

REQUEST TO APPEAR REMOTELY

Respectfully submitted,

Dated: July 6, 2026                    **THE LAW OFFICES OF DALE K. GALIPO**

*/s/    Dale K. Galipo*
Dale K. Galipo
Marcel F. Sincich
Attorneys for Plaintiff

REQUEST TO APPEAR REMOTELY