**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CINDY ADAMS, as Personal Representative to the Estate of JESSE ADAMS, and individually,

        Plaintiff,

        v.

CITY OF REDDING, a governmental entity; KYLE CORRIGAN, individually; CHRISTOPHER STAUP, individually; EDWARD MCGINNIS, individually; and DOES 4 through 10,

        Defendants.

Case No.: 2:20-cv-01610-TLN (DMC)

[*Honorable Troy L. Nunley*]
*Magistrate Judge Dennis M. Cota*

**[PROPOSED] ORDER**

**[PROPOSED] ORDER**

    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS: having considered the request for Plaintiff's counsel to appear telephonically or by Zoom at the Final Pretrial Conference on July 9, 2026, at 2:00pm, the Court hereby GRANTS said request. Counsel for Plaintiff may appear telephonically (by Zoom) on July 9, 2026.

    **IT IS SO ORDERED**

Dated: _____     By: _____

                              Honorable Troy L. Nunley
                              United States District Court

[PROPOSED] ORDER