**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT M. FERRIER, SBN 310708
  E-Mail: Robert.Ferrier@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456
Facsimile:  925-478-3260

Attorneys for Defendants CITY OF REDDING, KYLE CORRIGAN, CHRISTOPHER STAUP, and EDWARD MCGINNIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CINDY ADAMS as Personal Representative to the Estate of JESSE ADAMS, and individually<br><br>             Plaintiff,<br><br>        vs.<br><br>CITY OF REDDING, a governmental entity; KYLE CORRIGAN, individually; CHRISTOPHER STAUP, individually; EDWARD MCGINNIS, individually, and DOES 4 through 10,<br><br>             Defendant. | Case No. 2:20-cv-01610-TLN-DMC<br><br>**DEFENDANTS' REQUEST TO APPEAR REMOTELY AT THE JULY 9, 2026 FINAL PRETRIAL CONFERENCE**<br><br><br><br><br>FINAL PRETRIAL CONFERENCE<br>Date:                July 9, 2026<br>Time:                2:00 PM |

**TO THE CLERK, THIS COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Lead trial counsel for Defendants, hereby respectfully requests to be allowed to appear by Zoom or telephonically (or other remote web conference platform) at the Final Pretrial Conference scheduled for July 9, 2026, at 2:00 p.m.

Good cause exists as lead trial counsel is based in Walnut Creek, California.

Requiring counsel to travel to the Eastern District for the Final Pretrial

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

Conference would necessitate at least three to four hours of car travel.

Counsel is currently preparing for trial in San Joaquin County.  He is also set for expert depositions in that matter on July 9, 2026.

Counsel respectfully submits that permitting a remote appearance will not prejudice any party, will allow counsel to fully participate in the Final Pretrial Conference, and will promote the efficient use of the parties' and the Court's resources while avoiding unnecessary travel and expense.

For these reasons, Plaintiff respectfully requests that the Court permits its lead trial counsel to appear remotely at the Final Pretrial Conference on July 9, 2026.

DATED:  July 6, 2026                    LEWIS BRISBOIS BISGAARD & SMITH LLP


By:      /s/ Robert M. Ferrier
ROBERT M. FERRIER
Attorneys for Defendants CITY OF REDDING, KYLE CORRIGAN, CHRISTOPHER STAUP, and EDWARD MCGINNIS

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

179438042.1                                2                        2:20-cv-01610-TLN-DMC
REQUEST FOR REMOTE APPEARANCE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CINDY ADAMS as Personal Representative to the Estate of JESSE ADAMS, and individually<br><br>       Plaintiff,<br><br>      vs.<br><br>CITY OF REDDING, a governmental entity; KYLE CORRIGAN, individually; CHRISTOPHER STAUP, individually; EDWARD MCGINNIS, individually, and DOES 4 through 10,<br><br>      Defendant. | Case No. 2:20-cv-01610-TLN-DMC<br><br>**[PROPOSED] ORDER**<br><br><br><br>FINAL PRETRIAL CONFERENCE<br>Date:         July 9, 2026<br>Time:         2:00 PM |

## [PROPOSED] ORDER

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS: having considered the request for Defendants' counsel to appear telephonically or by Zoom at the Final Pretrial Conference on July 9, 2026, at 2:00pm, the Court hereby GRANTS said request. Counsel for Defendants' may appear telephonically (by Zoom) on July 9, 2026.

## IT IS SO ORDERED

Dated: _____          By: _____

                               Honorable Troy L. Nunley<br>                               United States District Court

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

179438042.1

3

2:20-cv-01610-TLN-DMC

REQUEST FOR REMOTE APPEARANCE