LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN 256535)
cameron@sethatlaw.com
5100 Campus Drive, Suite 200
Newport Beach, CA 92660
Telephone: (949) 825-5200
Facsimile: (949) 313-5001

Attorneys for Plaintiff, Cindy Adams as Personal Representative
to the Estate of Jesse Adams, and in her Individual Capacity

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY ADAMS as Personal Representative to the Estate of JESSE ADAMS, and individually<br><br>Plaintiffs,<br>vs.<br><br>CITY OF REDDING, a governmental entity; KYLE CORRIGAN, individually; CHRISTOPHER STAUP, individually; EDWARD MCGINNIS, individually; and DOES 4 through 10,<br><br>Defendants. | Case No.: 2:20-cv-01610-TLN-DMC<br><br>**REQUEST TO APPEAR REMOTELY AT THE JULY 9, 2026, FINAL PRETRIAL CONFERENCE**<br><br>FINAL PRETRIAL CONFERENCE<br>Date: July 9, 2026<br>Time: 2:00 PM |

- 1 -
REQUEST TO APPEAR REMOTELY

**TO THE CLERK, THIS COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Co-Counsel for Plaintiff, Mr. Jeffrey Mikel, an associate of the Sehat Law Firm, PLC hereby respectfully request to be allowed to appear by Zoom or telephonically (or other remote web conference platform) at the Final Pretrial Conference scheduled for July 9, 2026, at 2:00 p.m.

Good cause exists because declarant is not lead-counsel for plaintiff, is currently working remotely while physically in New Jersey, and appearing in person would require significant travel (a cross-country flight) to the courthouse. Declarant's role in this pretrial conference will likely be limited to assisting with pretrial document preparation and related support roles which are unlikely to require in-person presence at the courthouse.

Counsel respectfully submits that permitting a remote appearance will not prejudice any party, will allow co-counsel to fully participate in the Final Pretrial Conference, and will promote the efficient use of the parties' and the Court's resources while avoiding unnecessary travel and expense.

For this reason, Co-Counsel for Plaintiff respectfully requests that the Court permits Mr. Jeffrey Mikel to appear remotely at the Final Pretrial Conference on July 9, 2026.

DATED: July 8, 2026

/s/ *Jeffrey Mikel, Esq.*
Cameron Sehat, Esq.
Jeffrey Mikel, Esq.
Attorneys for Plaintiffs

- 2 -
REQUEST TO APPEAR REMOTELY