# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY ADAMS as Personal Representative to the Estate of JESSE ADAMS, and individually<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF REDDING, a governmental entity; KYLE CORRIGAN, individually; CHRISTOPHER STAUP, individually; EDWARD MCGINNIS, individually; and DOES 4 through 10,<br><br>Defendants. | Case No.: 2:20-cv-01610-TLN-DMC<br><br>*[Honorable Troy L. Nunley]*<br>*Magistrate Judge Dennis M. Cota*<br><br><br>**[PROPOSED] ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: having considered the request for Plaintiff's counsel to appear telephonically or by Zoom at the Final Pretrial Conference on July 9, 2026, at 2:00pm, the Court hereby GRANTS said request. Counsel for Plaintiff may appear telephonically or by Zoom on July 9, 2026.

**IT IS SO ORDERED.**

DATED: _____        By: _____
                                          Honorable Troy L. Nunley
                                          United States District Court

- 1 -

[PROPOSED] ORDER