**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT M. FERRIER, SBN 310708
E-Mail: Robert.Ferrier@lewisbrisbois.com
ALEXANDER M. MAVROGIANIS SBN: 350199
E-Mail: Alexander.Mavrogianis@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456
Facsimile: 925.478.3260

Attorneys for Defendants CITY OF REDDING, KYLE CORRIGAN, CHRISTOPHER STAUP, and EDWARD MCGINNIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CINDY ADAMS as Personal Representative to the Estate of JESSE ADAMS, and individually<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, a governmental entity; KYLE CORRIGAN, individually; CHRISTOPHER STAUP, individually; EDWARD MCGINNIS, individually, and DOES 4 through 10,<br><br>Defendant. | Case No. 2:20-cv-01610-TLN-DMC<br><br>**DEFENDANTS' MOTION TO CONTINUE TRIAL**<br><br>Date: September 17, 2026<br>Time: 2:00 p.m.<br>Dept.: Courtroom 2, 15th Floor<br>Judge: Troy L. Nunley<br><br>Action Filed: August 11, 2020<br>Trial Date: September 14, 2026 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on September 17, 2026, at 2:00 p.m., or as soon thereafter as the matter may be heard, Defendants CITY OF REDDING, KYLE CORRIGAN, CHRISTOPHER STAUP, and EDWARD McGINNIS (collectively, "Defendants") will and hereby does move for an Order, substantially in the form provided, pursuant to Fed. R. Civ. P. 16(b)(4), for good cause shown, to amend the Scheduling Order of July 10, 2026 and/or continue the trial date of September 14, 2026.

This motion is based on this Notice of Motion; Memorandum of Points and Authorities;

Declaration of Alexander M. Mavrogianis; Declaration of Christopher Staup; Declaration of Jared Swickey; all exhibits filed herewith and pertaining to the foregoing; and all other papers and pleadings on file, as well as any oral argument that may be presented at the hearing on this motion.

DATED: August 20, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Alexander M. Mavrogianis*

ROBERT M. FERRIER
ALEXANDER M. MAVROGIANIS
Attorneys for Defendants CITY OF REDDING, KYLE CORRIGAN, CHRISTOPHER STAUP, and EDWARD MCGINNIS