**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT M. FERRIER, SBN 310708
E-Mail: Robert.Ferrier@lewisbrisbois.com
ALEXANDER M. MAVROGIANIS SBN: 350199
E-Mail: Alexander.Mavrogianis@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456
Facsimile: 925-478-3260

Attorneys for Defendants CITY OF REDDING, KYLE CORRIGAN, CHRISTOPHER STAUP, and EDWARD MCGINNIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

CINDY ADAMS as Personal Representative to the Estate of JESSE ADAMS, and individually

Plaintiff,

vs.

CITY OF REDDING, a governmental entity; KYLE CORRIGAN, individually; CHRISTOPHER STAUP, individually; EDWARD MCGINNIS, individually, and DOES 4 through 10,

Defendant.

Case No. 2:20-cv-01610-TLN-DMC

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE TRIAL**

Date: September 17, 2026
Time: 2:00 p.m.
Dept.: Courtroom 2, 15th Floor
Judge: Troy L. Nunley

Action Filed: August 11, 2020
Trial Date: September 14, 2026

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the Court having considered Defendants' motion to continue trial, and the Court having considered the motion and any opposition thereto, the Court hereby GRANTS said request. The new trial date is January __, 2027.

**IT IS SO ORDERED.**

Dated: ____________________ By: ______________________________
Honorable Troy L. Nunley
United States District Court



LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW