**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT M. FERRIER, SBN 310708
E-Mail: Robert.Ferrier@lewisbrisbois.com
ALEXANDER M. MAVROGIANIS SBN: 350199
E-Mail: Alexander.Mavrogianis@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456
Facsimile: 925-478-3260

Attorneys for Defendants CITY OF REDDING, KYLE CORRIGAN, CHRISTOPHER STAUP, and EDWARD MCGINNIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

CINDY ADAMS as Personal Representative to the Estate of JESSE ADAMS, and individually

Plaintiff,

vs.

CITY OF REDDING, a governmental entity; KYLE CORRIGAN, individually; CHRISTOPHER STAUP, individually; EDWARD MCGINNIS, individually, and DOES 4 through 10,

Defendant.

Case No. 2:20-cv-01610-TLN-DMC

**DECLARATION OF CHRISTOPHER STAUP IN SUPPORT OF DEFENDANTS' MOTION TO CONTINUE TRIAL**

Date: September 17, 2026
Time: 2:00 p.m.
Dept.: Courtroom 2, 15th Floor
Judge: Hon. Troy L. Nunley

Action Filed: August 11, 2020
Trial Date: September 14, 2026

I, Christopher Staup, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently and truthfully to those facts.

2. I am a named Defendant in this action.

3. I am 51 years of age.

4. I am retired from law enforcement after a career as a police officer.



LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

5. I have filed a workers' compensation claim relating to a heart condition that I believe resulted from my service as a police officer.

6. Over the past several months, I have experienced symptoms related to a cardiac or cardiovascular condition. Despite undergoing medical evaluations, the physicians treating me have not yet been able to determine the precise nature or cause of my condition.

7. Because the cause of my symptoms remains unknown, my treating physicians have continued to monitor my condition and conduct additional testing.

8. My primary care physician has provided me with a heart monitor, which I am currently wearing, to assist in diagnosing my condition and evaluating the symptoms I have been experiencing.

9. I have an appointment scheduled with a cardiologist in October to review the test results, discuss my symptoms, and determine what additional evaluation or treatment, if any, may be necessary.

10. At this time, I do not know the cause of my cardiovascular issues or why I have been experiencing these symptoms. As a result, I remain concerned about my health and the potential seriousness of my condition.

11. My primary care physician has instructed me to avoid stress and to refrain from unnecessary travel pending further evaluation and diagnosis of my condition.

12. Given the uncertainty surrounding my medical condition and my physician's recommendations, I am attempting to limit activities that could aggravate my symptoms or interfere with the ongoing diagnostic process.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 19th day of August, 2026, at Boise Idaho.

Christopher Straup