**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT M. FERRIER, SBN 310708
E-Mail: Robert.Ferrier@lewisbrisbois.com
ALEXANDER M. MAVROGIANIS SBN: 350199
E-Mail: Alexander.Mavrogianis@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456
Facsimile: 925.478.3260

Attorneys for Defendants CITY OF REDDING, KYLE CORRIGAN, CHRISTOPHER STAUP, and EDWARD MCGINNIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CINDY ADAMS as Personal Representative to the Estate of JESSE ADAMS, and individually<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, a governmental entity; KYLE CORRIGAN, individually; CHRISTOPHER STAUP, individually; EDWARD MCGINNIS, individually, and DOES 4 through 10,<br><br>Defendant. | Case No. 2:20-cv-01610-TLN-DMC<br><br>**DECLARATION OF JARED ZWICKEY IN SUPPORT OF DEFENDANTS' MOTION TO CONTINUE TRIAL**<br><br>Date: September 17, 2026<br>Time: 2:00 p.m.<br>Dept.: Courtroom 2, 15th Floor<br>Judge: Hon. Troy L. Nunley<br><br>Action Filed: August 11, 2020<br>Trial Date: September 14, 2026 |

I, JARED ZWICKEY, declare as follows:

1. I am an expert in law enforcement procedures, use of force and firearms. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify remotely, competently and truthfully to those facts.

2. I was retained by Defendants CITY OF REDDING, KYLE CORRIGAN, CHRISTOPHER STAUP, and EDWARD MCGINNIS, in 2023.

3. I have served as an expert in law enforcement procedures, use of force, and firearms

4. Over the past three years, I have reviewed case materials and prepared to testify at trial.

5. Recently, at the age of 82 years old, I have began experiencing significant cardiac-related health issues.

6. My symptoms include daily shortness of breath, an elevated heart rate, dizziness, and chest and back pain, which have caused me to fall on multiple occasions.

7. My primary care physician has referred me to a cardiology specialist for further evaluation.

8. I resides in Oldtown, Idaho, and have been instructed by my primary care physician not to travel.

9. I have also been advised that I should not attend trial or provide testimony due to my medical condition

10. As a result of these recent health issues I am unable to travel to trial or testify in this matter.

11. In light of these circumstances, I have decided to retire from expert witness work and will not be accepting any new cases.

12. If I was not having these health issues, I would have testified at trial.

13. A true and correct copy of a letter from my primary care physician is attached as **Exhibit A**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 19th day of August, 2026, at Oldtown, Idaho.

Jared Zwickey

LEWIS BRISBOIS