# EXHIBIT A

TRACY MEDICAL GROUP
530 W EATON AVE STE K
TRACY CA 95376-3422
Phone: 209-835-4232
Fax: 209-835-3246

August 13, 2026

**RE: Jared L Zwickey**
1047 Harvest Mill Dr
Manteca CA 95336-8356

To Whom It May Concern,

Jared Zwickey is unable to attend court due to a possible new onset of cardiac symptoms. He will need to be seen and cleared by a cardiologist before any further court preceding's.

Sincerely,

Harpreet S. Grewal, MD



MyChart® licensed from Epic Systems Corporation© 1999 - 2026