**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

**THE SEHAT LAW FIRM, PLC**
Cameron Sehat (SBN 256535)
cameron@sehatlaw.com
Mónica Reyes-Santiago, Esq. (SBN 339807)
monica.rs@sehatlaw.com
5100 Campus Drive, Suite 200
Newport Beach, CA 92660
Tel: (949) 825-5200 | Fax: (949) 313-5001

*Attorneys for Plaintiff*, CINDY ADAMS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CINDY ADAMS,

Plaintiff,

v.

CITY OF REDDING, et al.,

Defendants.

Case No: **2:20-cv-01610-TLN (DMC)**

[*Honorable Troy L. Nunley*]
*Magistrate Judge Dennis M. Cota*

**DECLARATION OF MARCEL F. SINCICH IN SUPPORT OF PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 1-6**

[(Proposed) Orders; Notice of Motions and Motions *in Limine* 1-6; and attached exhibits *filed concurrently herewith*]

**Hearing on Motions *in Limine***:
Date: September 14, 2026
Time: 09:30 a.m

# DECLARATION OF MARCEL F. SINCICH

I, Marcel F. Sincich, hereby declare as follows:

**1.** I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Eastern District of California. I am one of the attorneys of record for the Plaintiff. I make this declaration in support of Plaintiff's Motion *in Limine* No. 1 to Exclude Drugs, Alcohol, and Toxicology; Plaintiff's Motion *in Limine* No. 2 to Exclude Crimes, Wrongs, and Bad Acts; Plaintiff's Motion *in Limine* No. 3 to Exclude Items in Vehicle including Gun; Plaintiff's Motion *in Limine* No. 4 to Exclude SCDA and RDP findings and reports; Plaintiff's Motion *in Limine* No. 5 to Exclude Scion Passenger Background and Officer Ride-Along Perspectives; and Plaintiff's Motion *in Limine* No. 6 to Exclude or Limit the Opinions of Jered Zwickey. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

**2.** These motions are made following an attempt by Plaintiff's counsel to conference with Defendants' counsel. However, no resolution was reached. It is Plaintiff's understanding that Defendants intend to present information or argument identified by each motion at trial; Defendants do not agree to exclude the information identified; and Defendants will be opposing Plaintiff's motions.

**3.** Upon additional review of the Defendants disclosures and responses to Plaintiff's requests for production, which included request for any audio recording related to the incident, Defendants never produced a dispatch recording or call history.

**4.** Attached hereto as "**Exhibit A**" is a true and correct copy of the relevant portions of the **Defendant Kyle Corrigan's October 14, 2021 Deposition Transcript**.

**5.** Attached hereto as "**Exhibit B**" is a true and correct copy of the relevant portions of the **Defendant Christopher Staup's October 12, 2021 Deposition Transcript**.

**6.** Attached hereto as "**Exhibit C**" is a true and correct copy of the relevant portions of the **Defendant Christopher Staup's January 6, 2023 Responses to Plaintiff's Requests for Admission**.

**7.** Attached hereto as "**Exhibit D**" is a true and correct copy of the relevant portions of the **Defendant Kyle Corrigan's January 6, 2023 Responses to Plaintiff's Requests for Admission**.

**8.** Attached hereto as "**Exhibit E**" is a true and correct copy of the relevant portions of **Babetta Staup's February 15, 2022 Deposition Transcript**.

**9.** Attached hereto as "**Exhibit F**" is a true and correct copy of Defendants' **Rule 26 Rebuttal Expert Report of Jared Zweckey**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of August 2026.

______ ________________________

Marcel F. Sincich