# "EXHIBIT E"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY ADAMS, as Personal Representatives to the Estate of JESSE ADAMS, and individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, a governmental entity; KYLE CORRIGAN, individually, CHRISTOPHER STAUP, individually, EDWARD MCGINNIS, individually; and DOES 4 through 10,<br><br>Defendants. | Case No. 2:20-CV-01610-TLN(DMC) |

REMOTE VIDEOCONFERENCE DEPOSITION OF

BABETTA STAUP

TUESDAY, FEBRUARY 15, 2022

Reported Stenographically By:

Jinna Grace Kim, CSR No. 14151

Job No.: 384083

A. I don't remember. All I remember was I was terrified, and there were shots or a shot.

That's all I remember.

**Q. Did your husband ever tell you why he fired his gun?**

A. That's not something we -- I'm not going to discuss that.

**Q. Why is that?**

A. Because I don't want to.

**Q. Are you invoking your privilege?**

A. Yes.

**Q. Okay. Are you invoking the marital privilege?**

A. Yes.

**Q. Okay. Going back to the point in time when you said that you remember the vehicle driving towards you and it was really bright; right? It was really bright, meaning, the headlight of the vehicle was very bright.**

**Was there anything else other than the bright lights that would have hindered your vision at that point?**

A. All I saw were the lights of the headlights.

I don't know of another potential -- I don't know of lights blocking my view.

**Q. Okay. And are you able to say that the white vehicle's headlights impaired some of your vision because it was bright?**

CERTIFICATE

OF

CERTIFIED STENOGRAPHIC SHORTHAND REPORTER

I, JINNA GRACE KIM, CSR No. 14151, a Certified Stenographic Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth;

That any witnesses in the foregoing proceedings, prior to testifying, were placed under oath;

That a verbatim record of the proceedings was made by me, using machine shorthand, which was thereafter transcribed under my direction;

Further, that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action, nor a relative or employee of any attorney of any of the parties.

IN WITNESS WHEREOF, I have subscribed my name, this date: February 15, 2022.

Jinna Grace Kim, CSR No. 14151