# EXHIBIT A

**From:** Ferrier, Robert
**Sent:** Friday, August 7, 2026 5:16 PM
**To:** jaredzwickey@sbcglobal.net
**Cc:** Derick E. Konz; Mavrogianis, Alexander
**Subject:** Adams v. Redding

Mr. Zwickey,

It looks like we are going to trial in this matter on September 14. You will likely have to testify later that week.

We would obviously like to speak with you prior to that. Let me know when you have a few minutes.

Best,

Rob

**Robert M. Ferrier**
**Walnut Creek Deputy Managing Partner**
Walnut Creek
925.891.3246 or x9253246