# EXHIBIT C

**From:** Ferrier, Robert
**Sent:** Tuesday, August 18, 2026 9:04 AM
**To:** Marcel Sincich; Dale Galipo
**Cc:** Janus, Koreen; Leslie De Leon; Mavrogianis, Alexander
**Subject:** Re: Adams v. City of Redding

Marcel,

We're going to move to continue. Mr. Zwickey is retiring and cannot testify.

Additionally, Mr. Staup is also having significant problems and until he is medically cleared, I also cannot present him.

I understand your position. Certainly no hard feelings on my part.

Mr. Mavrogianis is preparing the motion. Please copy him on future correspondence.

Best,

Rob

Get Outlook for iOS

**Robert M. Ferrier**
**Walnut Creek Deputy Managing Partner**
Walnut Creek
925.891.3246 or x9253246

---

**From:** Marcel Sincich <msincich@galipolaw.com>
**Sent:** Tuesday, August 18, 2026 8:59 AM
**To:** Ferrier, Robert <Robert.Ferrier@lewisbrisbois.com>; Dale Galipo <dalekgalipo@yahoo.com>
**Cc:** Janus, Koreen <Koreen.Janus@lewisbrisbois.com>; Janus, Koreen <Koreen.Janus@lewisbrisbois.com>; Leslie De Leon <ldeleon@galipolaw.com>
**Subject:** Re: Adams v. City of Redding

EXTERNAL

Good afternoon Robert,

I hope you are traveling safely, and good luck in trial. We've discussed this in depth and while we are sympathetic to the health condition of both Mr. Staup and Mr. Zwickey, we simply cannot agree to continue the trial or agree for the defense to get a new expert under these circumstances. We understand if you have to file a motion with the court, but we have no other option but to oppose: first given how long our client has waited for trial, second our calendar is

full and we know the court is busy, third we cannot predict anyone's health condition months from now, and fourth allowing the defense the opportunity to retain a new police practices expert, at this point in the litigation, is unfair prejudice to Plaintiff and unjustly enriches defendants.

It is our hope that Mr. Zwickey recovers and can be cleared by his cardiologist soon. Alternatively, we could discuss some reasonable accommodations that could be made. For instance Mr. Zwickey could appear by Zoom to testify; Mr. Staup need not be present throughout the whole trial; or Mr. Zwickey's deposition transcript can be used in lieu of live testimony. Let us know what you think. Thnak you.

Very Respectfully,

**Marcel F. Sincich, Esq.**
**Law Offices of Dale K. Galipo** | 21800 Burbank Blvd., Suite 310, Woodland Hills, CA 91367 | Office: +1.818.347.3333 | Fax: +1.818.347.4118 | Email: msincich@galipolaw.com

THIS EMAIL MESSAGE IS FOR THE SOLE USE OF THE INTENDED RECIPIENT AND MAY CONTAIN CONFIDENTIAL, AND PRIVILEGED INFORMATION. ANY UNAUTHORIZED REVIEW, USE, DISCLOSURE OR DISTRIBUTION IS PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.

---

**From:** Ferrier, Robert <Robert.Ferrier@lewisbrisbois.com>
**Sent:** Friday, August 14, 2026 09:28
**To:** Dale Galipo <dalekgalipo@yahoo.com>; Marcel Sincich <msincich@galipolaw.com>
**Cc:** Janus, Koreen <Koreen.Janus@lewisbrisbois.com>; Janus, Koreen <Koreen.Janus@lewisbrisbois.com>
**Subject:** Adams v. City of Redding

Dale, Marcel,

As I discussed with Marcel yesterday, both Jared Zwickey and Chris Staup have developed serious heart conditions. I met with Mr. Staup in Idaho Falls yesterday afternoon. He does not appear well. He is awaiting the results of several tests and is currently wearing a heart rate monitor. We will know more about his condition in the next few weeks, but given his age, I am hopeful he will be stabilized soon. In the meantime, he has been advised by his doctors to avoid stressful situations as much as possible.

He is on full disability retirement with the City which complicates his treatment picture. He has opened a workers' comp claim with the City regarding his condition and as you can imagine, this has caused some delay in treatment. Nonetheless, he is fairly young and his prospects are generally good. I suspect that in a couple of months he will be ready to go. At least I hope so.

Another concern is Jared Zwickey. He is also having serious heart issues, i.e., dizziness, shortness of breath and chest pain. He is also 83 and apparently has a history of heart problems. He managed to converse with his doctor yesterday. I attached that typically terse letter to this email. Mr. Zwickey lives in Northern Idaho. For whatever reason, his doctors are in Tracy California. His PCP is ordering him to

cease work until they figure out what is going on with him. On the telephone last night, he told me he is retiring.

At the very least, I am going to have to replace Mr. Zwickey. I am making phone calls about that, but as you can probably understand, I am getting resistance due to the proximity of trial. Assuming I can find someone, it will take time for them to do their work and produce a report. Following that, I assume you will want to depose them.

In light of all this, I do not believe I have an option but to ask to continue the trial. Please let me know if you will stipulate. If not, we have little choice but to file a motion to continue. I also believe we should suspend further trial preparation pending a new date.

I will also note that I am starting trial in Van Nuys on Monday. That is expected to last about three weeks. I am also set for trial at the end of September in Chico. I was hopeful that would settle. At the MSC, however, the Plaintiff demanded $45 million whilst we are at $4 million. Given that gap, unless something extraordinary happens, we will be trying that one for roughly a month.

I know this is disappointing to your client. It is also disappointing to mine, who wish nothing more than to put this behind them.

If you would like to discuss this, please do not hesitate to call me. My cell number is 925 768 6796.

Best,

Rob

**Robert M. Ferrier**
**Walnut Creek Deputy Managing Partner**
**Robert.Ferrier@lewisbrisbois.com**

**T: 925.891.3246 F: 925.478.3260**

2185 N. California Blvd, Suite 300, Walnut Creek, CA 94596 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

Mansfield Rule Certified Plus 2023–2025
Powered by DIVERSITYLAB

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.