**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT M. FERRIER, SBN 310708
E-Mail: Robert.Ferrier@lewisbrisbois.com
ALEXANDER M. MAVROGIANIS SBN: 350199
E-Mail: Alexander.Mavrogianis@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456
Facsimile: 925-478-3260

Attorneys for Defendants CITY OF REDDING, KYLE CORRIGAN, CHRISTOPHER STAUP, and EDWARD MCGINNIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

CINDY ADAMS as Personal Representative to the Estate of JESSE ADAMS, and individually

Plaintiff,

vs.

CITY OF REDDING, a governmental entity; KYLE CORRIGAN, individually; CHRISTOPHER STAUP, individually; EDWARD MCGINNIS, individually, and DOES 4 through 10,

Defendant.

Case No. 2:20-cv-01610-TLN-DMC

**DECLARATION OF ROBERT M. FERRIER IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO CONTINUE TRIAL DATE**

Date: September 17, 2026
Time: 2:00 p.m.
Dept.: Courtroom 2, 15th Floor
Judge: Troy L. Nunley

Action Filed: August 11, 2020
Trial Date: September 14, 2026

I, Robert M. Ferrier, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am counsel of record for Defendants City of Redding, Kyle Corrigan, Christopher Staup, and Edward McGinnis in this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2. I am currently engaged in jury trial in the case of *Gold v. VP Painting, et al*, Los Angeles Superior Court Cause No. 24VECV00976, before the Hon. Lee S. Arian.

3. Counsel was hopeful that this trial would conclude on or before September 11, 2026.

4. Unfortunately, jury selection took a full week and the parties are currently two full days behind schedule with further delays anticipated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 27th day of August, 2026, at Walnut Creek, California.

*/s/ Robert M. Ferrier*
Robert M. Ferrier