**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

*Attorneys for Plaintiff*, CINDY ADAMS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CINDY ADAMS, as Personal Representative to the Estate of JESSE ADAMS, and individually,

Plaintiff,

v.

CITY OF REDDING, a governmental entity; KYLE CORRIGAN, individually; CHRISTOPHER STAUP, individually; EDWARD MCGINNIS, individually; and DOES 4 through 10,

Defendants.

Case No.: 2:20-cv-01610-TLN (DMC)

[*Honorable Troy L. Nunley*]
*Magistrate Judge Dennis M. Cota*

**NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**

**TO THE HONORABLE COURT**:

Please take notice that pursuant to this Court's Order (Doc. 66), Plaintiff Cindy Adams has submitted her Confidential Settlement Conference Statement to Judge Riordan's chambers as directed.

Respectfully submitted,

Dated: August 31, 2026

**THE LAW OFFICES OF DALE K. GALIPO**

*/s/ Marcel F. Sincich*
Dale K. Galipo
Marcel F. Sincich
Attorneys for Plaintiff