**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118
**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN 256535)
cameron@sehatlaw.com
Mónica Reyes-Santiago, Esq. (SBN 339807)
monica.rs@sehatlaw.com
5100 Campus Drive, Suite 200
Newport Beach, CA 92660
Tel: (949) 825-5200 | Fax: (949) 313-5001
*Attorneys for Plaintiff*, CINDY ADAMS

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT M. FERRIER, SBN 310708
E-Mail: Robert.Ferrier@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456 | Facsimile: 925-478-3260
**ANGELO, KILDAY & KILDUFF, LLP**
BRUCE A. KILDAY, SBN 66415
Email: bkilday@akk-law.com
DERICK E. KONZ, SBN 286902
Email: dkonz@akk-law.com
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100 | Telecopier: (916) 564-6263
Attorneys for Defendant CITY OF REDDING, CHRISTOPHER STAUP, EDWARD McGINNIS, and KYLE CORRIGAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CINDY ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF REDDING, et al.,<br><br>Defendants. | Case No.: 2:20-cv-01610-TLN (DMC)<br>[*Honorable Troy L. Nunley*]<br>*Magistrate Judge Dennis M. Cota*<br>**JOINT STATEMENT OF THE CASE**<br><br>**Final Pretrial Conference:**<br>Date: July 9, 2026<br>Time: 02:00 p.m.<br>**Trial: September 14, 2026**<br>Time: 09:00 a.m.<br>Place: Courtroom 2 |

183372149.1

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff CINDY ADAMS and Defendants CITY OF REDDING, KYLE CORRIGAN, and CHRISTOPHER STAUP hereby serve the following Joint Statement of the Case. The parties reserve the right to amend this statement.

Respectfully Submitted,

DATED: September 8, 2026

**LAW OFFICES OF DALE K. GALIPO**
**THE SEHAT LAW FIRM, PLC**

By: */s/ Marcel F. Sincich*
Dale K. Galipo
Marcel F. Sincich
Cameron Sehat
*Attorneys for Plaintiff*

DATED: September 8, 2026

**LEWIS BRISBOIS BISGAARD & SMITH**
**ANGELO, KILDAY & KILDUFF, LLP**

By: */s/ Alexander M. Mavrogianis*
Robert M. Ferrier
Alexander M. Mavrogianis
Derick E. Konz
*Attorneys for Defendants*

**JOINT STATEMENT OF THE CASE**

This case arises from an officer-involved shooting of decedent Jesse Adams on December 22, 2019, at approximately 3:15 a.m., by Redding Police Department Officer Christopher Staup.

Plaintiff Cindy Adams is the mother of Jesse Adams. Plaintiff contends that Defendants Christopher Staup and Kyle Corrigan used excessive and unreasonable force and were negligent in their tactics and use of force against Mr. Adams. Plaintiff seeks damages as permitted by law.

Defendants deny Plaintiff's claims.