**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118
**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN 256535)
cameron@sehatlaw.com
Mónica Reyes-Santiago, Esq. (SBN 339807)
monica.rs@sehatlaw.com
5100 Campus Drive, Suite 200
Newport Beach, CA 92660
Tel: (949) 825-5200 | Fax: (949) 313-5001
*Attorneys for Plaintiff*, CINDY ADAMS

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT M. FERRIER, SBN 310708
E-Mail: Robert.Ferrier@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456 | Facsimile: 925-478-3260
**ANGELO, KILDAY & KILDUFF, LLP**
BRUCE A. KILDAY, SBN 66415
Email: bkilday@akk-law.com
DERICK E. KONZ, SBN 286902
Email: dkonz@akk-law.com
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100 | Telecopier: (916) 564-6263
Attorneys for Defendant CITY OF REDDING, CHRISTOPHER STAUP, EDWARD McGINNIS, and KYLE CORRIGAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CINDY ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF REDDING, et al..<br><br>Defendants. | Case No.: 2:20-cv-01610-TLN (DMC)<br><br>[*Honorable Troy L. Nunley*]<br>*Magistrate Judge Dennis M. Cota*<br><br>**JOINT EXHIBIT LIST**<br><br>**Final Pretrial Conference:**<br>Date: July 9, 2026<br>Time: 02:00 p.m.<br>**Trial: September 14, 2026**<br>Time: 09:00 a.m.<br>Place: Courtroom 2 |

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff CINDY ADAMS and Defendants CITY OF REDDING, KYLE CORRIGAN, and CHRISTOPHER STAUP hereby submit the following Joint Exhibit List The parties reserve the right to amend this list pursuant to the Court's orders including motions *in limine*.

Respectfully Submitted,

DATED: September 8, 2026

**LAW OFFICES OF DALE K. GALIPO**
**THE SEHAT LAW FIRM, PLC**

By: */s/ Marcel F. Sincich*
Dale K. Galipo
Marcel F. Sincich
Cameron Sehat
*Attorneys for Plaintiff*

DATED: September 8, 2026

**LEWIS BRISBOIS BISGAARD & SMITH**
**ANGELO, KILDAY & KILDUFF, LLP**

By: */s/ Alexander M. Mavrogianis*
Robert M. Ferrier
Alexander M. Mavrogianis
Derick E. Konz
*Attorneys for Defendants*

# JOINT EXHIBIT LIST

| PLAINTIFF'S EXHIBIT LIST | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Date Identified** | **Date Admitted** |
| **VIDEO** | | | |
| 1. | Surveillance Video | | |
| 2. | Video Clip 1 | | |
| 3. | Video Clip 2 | | |
| 4. | Video Clip 3 | | |
| 5. | Video Clip 4 | | |
| 6. | Video Clip 5 | | |
| 7. | Video Clip 6 | | |
| 8. | Video Clip 7 | | |
| 9. | Video Clip 8 | | |
| **PHOTOGRAPHS** | | | |
| 10. | Photographs of Scene | | |
| 11. | Photographs of Officers | | |
| 12. | Maps of Scene | | |
| 13. | Photographs of Jesse Adams | | |
| 14. | Screenshots of Video | | |
| **RECORDS** | | | |
| 15. | AMR Report | | |
| 16. | Mercy Medical Records | | |
| 17. | Autopsy Report | | |
| ***For Impeachment or Record Refresh Only*** | | | |
| 18. | Demonstrative of Incident | | |
| 19. | MAIT Report | | |
| 20. | Ride-Along Policy | | |
| 21. | Use of Force Policy | | |
| 22. | Vehicle Pursuit Policy | | |
| 23. | Release of Liability Agreement | | |
| 24. | Ride-Along Waivers | | |
| 25. | Audio of Staup Statement | | |
| 26. | Transcript of Staup Statement | | |
| 27. | McGinnis Narrative | | |
| 28. | Corrigan Narrative | | |

- Exhibits 1-100: Reserved for Plaintiff

## DEFENDANTS' ADDITIONAL EXHIBITS

| DEFENDANT'S EXHIBIT LIST (in addition to Plaintiff's list) | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Date Identified** | **Date Admitted** |
| | **VIDEO** | | |
| 101. | Audio of Staup Statement | | |
| 102. | Demonstrative of Incident | | |
| 103. | Video Clip 2 | | |
| 104. | Video Clip 3 | | |
| 105. | Video Clip 4 | | |
| 106. | Video Clip 5 | | |
| 107. | Video Clip 6 | | |
| 108. | Video Clip 7 | | |
| 109. | Video Clip 8 | | |
| | **PHOTOGRAPHS** | | |
| 110. | Photographs of Scene | | |
| 111. | Photographs of Officers | | |
| 112. | Maps of Scene | | |
| 113. | Screenshots of Video | | |
| | **RECORDS** | | |
| 114. | AMR Report | | |
| 115. | Mercy Medical Records | | |
| 116. | Autopsy Report | | |
| | **DOCUMENTS** | | |
| 117. | Plaintiff's Interrogatory Responses and Verification | | |
| 118. | Plaintiff's Request Responses and Verification | | |
| | ***For Impeachment or Record Refresh Only*** | | |
| 119. | Ride-Along Policy | | |
| 120. | Use of Force Policy | | |
| 121. | Vehicle Pursuit Policy | | |
| 122. | Release of Liability Agreement | | |
| 123. | Ride-Along Waivers | | |
| 124. | Audio of Staup Statement | | |
| 125. | Transcript of Staup Statement | | |
| 126. | McGinnis Narrative | | |
| 127. | Corrigan Narrative | | |
| 128. | Deposition Transcript of Christopher Staup | | |
| 129. | Deposition Transcript of Cindy Adams | | |
| 130. | Deposition Transcript of Roger Clark | | |
| 131. | Deposition Transcript of Mark Montgomery | | |

| DEFENDANT'S EXHIBIT LIST (in addition to Plaintiff's list) | | | |
|---|---|---|---|
| **Exh. No.** | **Description** | **Date Identified** | **Date Admitted** |
| 132. | Deposition Transcript of Kyle Corrigan | | |
| 133. | Deposition Transcript of Edward McGinnis | | |
| 134. | Deposition Transcript of Babetta Staup | | |
| 135. | Deposition Transcript of Skyler Leak | | |
| 136. | Demonstrative of Incident | | |
| 137. | MAIT Report | | |