**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118
**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN 256535)
cameron@sehatlaw.com
Mónica Reyes-Santiago, Esq. (SBN 339807)
monica.rs@sehatlaw.com
5100 Campus Drive, Suite 200
Newport Beach, CA 92660
Tel: (949) 825-5200 | Fax: (949) 313-5001
*Attorneys for Plaintiff*, CINDY ADAMS

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT M. FERRIER, SBN 310708
E-Mail: Robert.Ferrier@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456 | Facsimile: 925-478-3260
**ANGELO, KILDAY & KILDUFF, LLP**
BRUCE A. KILDAY, SBN 66415
Email: bkilday@akk-law.com
DERICK E. KONZ, SBN 286902
Email: dkonz@akk-law.com
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100 | Telecopier: (916) 564-6263
Attorneys for Defendant CITY OF REDDING, CHRISTOPHER STAUP, EDWARD McGINNIS, and KYLE CORRIGAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CINDY ADAMS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF REDDING, et al,<br><br>Defendants. | **Case No.: 2:20-cv-01610-TLN (DMC)**<br><br>[*Honorable Troy L. Nunley*]<br>*Magistrate Judge Dennis M. Cota*<br><br>**[PLAINTIFF'S PROPOSED] SPECIAL VERDICT FORM**<br><br>**Trial:** September 14, 2026<br>Time: 09:00 a.m.<br>Place: Courtroom 2 |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff hereby submits the following [Plaintiff's Proposed] Special Verdict Form to be provided to the jury at trial.

Plaintiff reserves the right to amend this and any other [Proposed] Special Verdict Form, including but not limited to, subject to any objections, motions *in limine*, motion for summary judgment and applicable Orders of the Court.

Respectfully submitted,

DATED: September 8, 2026

**LAW OFFICES OF DALE K. GALIPO**
**THE SEHAT LAW FIRM, PLC**

By: *‌/s/ Marcel F. Sincich*
Dale K. Galipo
Marcel F. Sincich
Cameron Sehat
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CINDY ADAMS,<br>Plaintiff,<br>v.<br>CITY OF REDDING, et al,<br>Defendants. | **Case No.: 2:20-cv-01610-TLN (DMC)**<br>[*Honorable Troy L. Nunley*]<br>*Magistrate Judge Dennis M. Cota*<br>**[PROPOSED] VERDICT FORM** |

We, the jury in the above-entitled action, find the following:

## FOURTH AMENDMENT EXCESSIVE FORCE CLAIM

**Question No. 1: Did the Defendants use excessive force against Mr. Adams?**

Christopher Staup ___________ YES ____________ NO

Kyle Corrigan ___________ YES ____________ NO

*If you answered "Yes" to any officer in either Question No. 1, please answer Question No. 2 as to those officers.*

*If you answered "No" as to all officers in Question No. 1, please answer Question No. 3.*

**Question No. 2: Were the Defendants' use of excessive force a cause of injury, harm or death to Mr. Adams?**

Christopher Staup ___________ YES ____________ NO

Kyle Corrigan ___________ YES ____________ NO

*Please proceed to the Battery Claim Section and answer Question No. 3.*

## BATTERY CLAIM

**Question No. 3: Did the Defendants use unreasonable force against Mr. Adams?**

Christopher Staup ___________ YES ____________ NO

Kyle Corrigan ___________ YES ____________ NO

*If you answered "Yes" as to any officer in Question No. 3, please answer Question No. 4 as to those officers*

*If you answered "No" to all officers in Question No. 3, please proceed to the Negligence Claim Section and answer Question No. 5.*

**Question No. 4: Were the Defendants' use of unreasonable force a cause of injury, harm or death to Mr. Adams?**

Christopher Staup ___________ YES ____________ NO

Kyle Corrigan ___________ YES ____________ NO

*Please proceed to the Negligence Claim Section and answer Question No. 5.*

## NEGLIGENCE CLAIM

**Question No. 5: Were the Defendants negligent in their conduct toward Mr. Adams?**

Christopher Staup ___________ YES ____________ NO

Kyle Corrigan ___________ YES ____________ NO

*If you answered "Yes" to any officer in either Question No. 5, please answer Question No. 6 as to those officers.*

*If you answered "No" as to all officers in Question No. 5 but answered "Yes" as to any officer in Question No. 1, please answer Question No. 10.*

*If you answered "No" as to all officers in Question No. 1 and Question No. 5, but answered "Yes" as to Question No. 4, please answer Question No. 15.*

*If you answered "No" as to all officers in Question Nos. 2, 4 and 5, please sign and return this form.*

**Question No. 6: Was the negligence of the Defendants a cause of Mr. Adams's injuries, harm or death?**

Christopher Staup ___________ YES ____________ NO

Kyle Corrigan ___________ YES ____________ NO

*If you answered "Yes" as to any Officer in Question No. 6, please answer Question No. 7.*

*If you answered "No" as to all officers in Question No. 6 but answered "Yes" as to any officer in Question No. 1, please answer Question No. 10.*

*If you answered "No" as to all officers in Question No. 1 and Question No. 6, but answered "Yes" as to Question No. 4, please answer Question No. 15.*

*If you answered "No" as to all officers in Question Nos. 2, 4 and 6, please sign and return this form.*

**Question No. 7: Was Mr. Adams negligent?**

__________ YES __________ NO

*If you answered "Yes" to Question No. 7, please answer Question No. 8.*

*If you answered "No" to Question No. 7, please answer Question No. 9 and mark "0" for Mr. Adams.*

**Question No. 8: Was Mr. Adams's negligence a cause of his own injuries, harm, or death?**

__________ YES __________ NO

*If you answered "Yes" to Question No. 8, please answer Question No. 9 for all Defendants you answered "Yes" to in Question No. 7 and for Mr. Adams.*

*If you answered "No" to Question No. 8, please answer Question No. 9 for all Defendants you answered "Yes" to in Question No. 7 and mark "0" for Mr. Adams.*

**Question No. 9: What percentage of responsibility for Mr. Adams's injury or harm do you assign to the negligent conduct of the following?**

Defendant Christopher Staup __________ %

Defendant Kyle Corrigan __________ %

Decedent Mr. Jesse Adams __________ %

(Total must equal 100 %)

*If you answered "Yes" as to all Officers in Question No. 1, please answer Question No. 10.*

*If you answered "No" as to all Officers in Question No. 1, please answer Question No. 15.*

## BANE ACT CLAIM

**Question No. 10: Did any Defendant violate the Bane Act by using excessive force against Mr. Adams?**

Christopher Staup __________ YES __________ NO

Kyle Corrigan __________ YES __________ NO

*Please proceed to the Municipal Liability Section and answer Question No. 11.*

## MUNICIPAL LIABILITY

**Question No. 11: Is the City of Redding liable for unconstitutional custom, practice, or policy?**

__________ YES __________ NO

*Please proceed to Question No. 12.*

**Question No. 12: Is the City of Redding liable for failure to adequately train its officers?**

__________ YES __________ NO

*Please proceed to Question No. 13.*

**Question No. 13: Is the City of Redding liable for ratification?**

__________ YES __________ NO

*If you answered "Yes" to either Question Nos. 11, 12, or 13, please answer Question No. 14.*

*If you answered "No" to Question Nos. 11, 12, and 13, please answer Question No. 15.*

**Question No. 14: Was the City of Redding's unconstitutional custom or practice, inadequate training, or ratification a moving force in causing Mr. Adams's injury, harm or death?**

__________ YES __________ NO

*Please proceed to the Damages Section and answer Question No. 15.*

## DAMAGES

**Question No. 15: What are Cindy Admas's damages for the loss of her son's love, companionship, comfort, care, training, education, assistance, protection, affection, society, and moral support:**

Past Loss: $ ____________________________

Future Loss: $ ______________________________

*Please proceed to Question No. 16.*

**Question No. 16: What are Mr. Adams's damages for the following:**

Pre-death pain and suffering: $ ______________________________

Loss of Life: $ ______________________________

*Please proceed to Question No. 17.*

## PUNITIVE DAMAGES

**Question No. 17: Did any Defendant act with malice, oppression, or in reckless disregard of Mr. Adams's rights?**

Christopher Staup ___________ YES ____________ NO

Kyle Corrigan ___________ YES ____________ NO

*Please sign and date the verdict form and return it to the Court.*

Date: __________________ _______________________________________

Jury Foreperson