**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN 256535)
cameron@sehatlaw.com
5100 Campus Drive, Suite 200
Newport Beach, CA 92660
Tel: (949) 825-5200 | Fax: (949) 313-5001

*Attorneys for Plaintiff*, CINDY ADAMS

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT M. FERRIER, SBN 310708
E-Mail: Robert.Ferrier@lewisbrisbois.com
2185 North California Boulevard, Suite 300
Walnut Creek, California 94596
Telephone: 925.357.3456 | Facsimile: 925-478-3260

**ANGELO, KILDAY & KILDUFF, LLP**
BRUCE A. KILDAY, SBN 66415
Email: bkilday@akk-law.com
DERICK E. KONZ, SBN 286902
Email: dkonz@akk-law.com
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100 | Telecopier: (916) 564-6263

Attorneys for Defendant CITY OF REDDING, CHRISTOPHER STAUP, EDWARD McGINNIS, and KYLE CORRIGAN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CINDY ADAMS,<br>Plaintiff,<br>v.<br>CITY OF REDDING, et al,<br>Defendants. | Case No.: **2:20−CV−01610−TLN−ICD**<br>[*Honorable Troy L. Nunley*]<br>*Magistrate Judge Ila C. Deiss*<br>**JOINT PROPOSAL FOR NEW TRIAL DATE** |

Pursuant to this Court's Order (Doc. 96), the Parties submit the following Joint Proposal for New Trial Date:

The parties have met and conferred and have not been able to reach an agreement regarding a new trial date.

**Plaintiff's Position**:

Plaintiff received Defendants' counsel's trial calendar and saw that the only trial set for January 2027 begins January 29th. Plaintiff is confident that this trial will not take two weeks and therefore proposed a new trial date of January 18, 2027 or January 25, 2027 – which is already a 4-month continuance.

Despite their apparent availability, Defendants speculate that their December 14, 2026 trial may somehow extend all the way to January 18, 2027, making them unavailable. Thus, Defendants proposed a mid-March trial date. However, Plaintiff's counsel is not available in mid-March and currently has four cases set for trial in March 2027.

Currently Plaintiff's counsel has a trial scheduled January 11 in Sacramento in the case of Terry Sharp v. City of Sacramento, Case 2:24-cv-02793-JAM-CSK. Plaintiff's counsel is confident that it will conclude in 1 week if it does not settle, thus he is willing to start this trial on January 18 or January 25, or even January 11 if the other trial is settled or continued. If this trial is not scheduled for January 2027, Plaintiff's next availability is June 15, 2027, which would be an unreasonable 9-months continuance.

This case should take precedent over the other trials defense counsel has because of the age of the case, we are in federal court, and they are the ones that requested the continuance.

Further, given that Defendants now have the opportunity to retain a new rebuttal-only police practices expert in part based on his age and because Plaintiff's police practices expert is even older, Plaintiffs would like the opportunity to retain an additional police expert out of an abundance of caution. Especially if this trial

will be continued for more than 6 months, Plaintiff is concerned with the availability of Plaintiff's current expert. Importantly, the expert that the Defendants want to replace was only a rebuttal expert, therefore their replacement expert can only be a rebuttal expert.

Defendants created the need to reset the trial date and should not be permitted to unreasonably delay this trial another nine months. Plaintiff therefore respectfully requests the Court order the trial be set the following dates:

| **Event** | **Plaintiff's Proposed Date** |
|---|---|
| Def.' Rebuttal-only Police Practices Expert Disclosure D/L | November 16, 2026 |
| Discovery C/O of Def.' Rebuttal Police Practices Expert | December 7, 2026 |
| Jury Trial | January 18, 2027 or January 25, 2027 |

**Defendants' Position**:

Counsel for Defendant is unavailable for trial in mid-January. He has a trial set on December 14, 2025 and a trial set on January 29, 2027. In a vacuum, the trial set in December is likely to take three to four weeks, based on a four-day a week trial schedule of five and one half hours a day. This schedule will also run afoul of the holidays which will also cause substantial delays. Counsel's last state court trial commenced on August 17, 2026. The parties agreed that three weeks would be more than enough to resolve it. That case finally resolved on September 17, 2026, a date which would have occluded the original trial date in this matter. Despite his best efforts, Defendants' counsel has not had a state court trial that did not run substantially longer than anticipated.

It is true that the state court trials are not in federal court. They are, however, important to the litigants involved, litigants that allege serious injuries and the need have their cases adjudicated. The same pressures do not exist in this matter.

A continuance until March would allow for (hopefully) full resolution of Christopher Staup's medical issues, retention of a new police practices expert, the preparation that expert will require, the drafting of his report, and the deposition of that expert before trial.

In light of this, counsel suggested a trial date in mid-March. This pleading is the first time opposing counsel identified his inability to accommodate a March date.

Plaintiff offers no support regarding their need for an additional expert other than the age of their expert. That matter is not before the Court.

There is also no indication that Defendant's to be retained expert is limited to "rebuttal."

Defendant suggests the following dates:

Disclosure of Defendants' Police Practices' Expert: **January 11, 2027**

D/C Regarding Defendants' Police Practices' Expert: **February 8, 2027**

Trial Date: **March 8 or 15, 2027**

Obviously, if Plaintiff's counsel is unavailable in March 2027, Defendants would accept a later date.

Respectfully submitted,

DATED: September 28, 2026

**LAW OFFICES OF DALE K. GALIPO**
**THE SEHAT LAW FIRM, PLC**

By: */s/ Marcel F. Sincich*
Dale K. Galipo
Marcel F. Sincich
Cameron Sehat
*Attorneys for Plaintiff*

DATED: September 28, 2026

**LEWIS BRISBOIS BISGAARD & SMITH**
**ANGELO, KILDAY & KILDUFF, LLP**

By: */s/ Robert M. Ferrier*
Robert M. Ferrier
Derick E. Konz
*Attorneys for Defendants*