UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CINDY ADAMS,

Plaintiff,

v.

CITY OF REDDING, et al.,

Defendants.

No. 2:20-cv-01610-TLN-DMC

**ORDER**

Pursuant to the Court's September 8, 2026, Order granting Defendants' motion to continue trial (ECF No. 96), the parties have submitted a joint proposal for a new trial date. (ECF No. 103.) The parties inform the Court that they are unable to reach an agreement. (*Id.* at 2.)

Plaintiff's counsel confirms availability for trial on January 18, 2027,[1] or January 25, 2027, and is not available afterwards until June 15, 2027. (*Id.* at 2.) While Defendants request a trial date in March due to scheduling conflicts with other trials, it appears that, by their own estimate, they would be available for trial the week of January 18, 2027. Defendants' counsel states that he has trial set on December 14, 2026[2] and estimates that it is "likely to take three to four weeks." (*Id.* at 3.) While Defendants' counsel states that he "has not had a state court trial

[1] As January 18, 2027, is a court holiday, the Court sets trial for the next available date.

[2] The proposal states this date as "December 14, 2025" but the Court presumes this is a typographical error. (ECF No. 103 at 3.)

that did not run substantially longer than anticipated" (*id.*) it was Defendants who requested a trial date "no sooner than January 1, 2027" in the motion to continue (ECF No. 70-1 at 9). The Court reminds Defendants that in the order granting that motion it "caution[ed] that additional requests for delay will not be well received by this Court." (ECF No. 96 at 5.)

Accordingly, the Court sets the following deadlines:

- Defendants' Rebuttal-only Police Practices Expert Disclosure Deadline:
  - November 16, 2026
- Discovery Cutoff for Defendants' Rebuttal Police Practices Expert:
  - December 7, 2026
- Jury Trial
  - January 19, 2027, at 9:00 a.m.

IT IS SO ORDERED.

DATED: September 30, 2026

Troy L. Nunley
Chief United States District Judge